IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 4, 2007

Charles R. Fulbruge III
Clerk

No. 06-30982

WILLIAM F SCHMIDT

Plaintiff - Appellee

v.

MTD PRODUCTS INC; MTD HOLDINGS INC; SUMMIT INSURANCE
COMPANY OF AMERICA

Defendants - Appellants

Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans
2:04-CV-3412

Before KING, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See FIFTH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.